DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RASHAWN CLARK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-504

[June 3, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432008CF001180B.

Rashawn Clark, Avon Park, pro se.

Ashley Moody, Attorney General, Tallahassee, and Heidi Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and GERBER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***